**Illinois Department of Insurance**

000-01-264791

**JB PRITZKER**
Governor

**ANN GILLESPIE**
Director

June 3, 2025

JUN 1 0 2025

Church Mutual Insurance Company, S.I.
PO Box 357
Merrill, WI 54452

Case Number: 2025LA00285

To whom it may concern,

Enclosed please find a copy of summons and complaint mailed to me as your agent for service of process and received in my Springfield Office on June 3, 2025 in the case of Discovery Church, Inc v. your company et al.

Sincerely,

Ann Gillespie
Director of Insurance

AG: AN: KS
Encl.

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**Springfield Office**
320 W. Washington Street
Springfield, Illinois 62767
(217) 782-4515

**Chicago Office**
115 S. LaSalle Street, 13th Floor
Chicago, Illinois 60603
(312) 814-2420

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | For Court Use Only |
|---|---|---|
| Kane COUNTY | | *(signature)* Clerk of the Circuit Court Kane County, Illinois 5/20/2025 11:20 AM FILED/IMAGED |

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | DISCOVERY CHURCH, INC. **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)* CHURCH MUTUAL INSURANCE COMPANY, S.I. | **2025-LA-000285** **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

## IMPORTANT: You have been sued.

- Read all documents attached to this Summons.

- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

## Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Defendant/Respondent's address and service information:** |

**1.** **Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*:   Church Mutual Insurance Company S.I.

Registered Agent's name, if any:

Street Address, Unit #:   3000 Shuster Lane

City, State, ZIP:   Merill, WI 54452

Telephone: _____ Email: _____

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last)*: _____

Street Address, Unit #: _____

City, State, ZIP: _____

Telephone: _____ Email: _____

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

c. Method of service on Defendant/Respondent:

☐ Sheriff    ☐ Sheriff outside Illinois: _____

*County & State*

☑ Special process server    ☐ Licensed private detective

Check here if you are serving more than 1 Defendant/Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached _____ *Additional Defendant/Respondent Address*

*Number*

*and Service Information* forms.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

**2.** **Information about the lawsuit:**

a. Amount claimed:   $over $50,000.00

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3.** **Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: Ankur Shah

Street Address, Unit #:   3001 17th St.

City, State, ZIP:   Metairie, LA 70002

Telephone:   (504) 684-5200    Email:   ashah@hstalaw.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4.** **Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address:   Clerk of the Court - 540 S. Randall Rd.

City, State, ZIP:   St. Charles, IL 60174

| | |
|---|---|
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | ☐ b. Attend court: |

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
       *Date*              *Time*                       *Courtroom*

**In-person at:**

540 S. Randall Rd.    St. Charles        IL        60174
*Courthouse Address*    *City*               *State*     *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

    By telephone: _____
                *Call-in number for telephone remote appearance*

    By video conference: _____
                     *Video conference website*

    _____
    *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: (630) 232-3413 _____ or visit their website
                    *Circuit Clerk's phone number*

at: https://cic.countyofkane.org/ _____ to find out more about how to do this.
    *Website*

In **4b**, fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website. All of this information is available from the Circuit Clerk.

---

<div align="center">

**5/20/2025 11:20 AM**

</div>

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____    *Seal of Court* |
| | **Clerk of the Court:** *Theresa Barreiro* |

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
            *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk.

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Kane_____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | DISCOVERY CHURCH, INC.<br>_____<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>CHURCH MUTUAL INSURANCE COMPANY, S.I.<br>_____<br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**2025-LA-000285**
_____
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is _____ and I state
  *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

  ☐ Personally on the Defendant/Respondent:
    ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____  Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

  ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
               *First, Middle, Last*
    ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____  Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on this date: _____ .

  ☐ On the Corporation's agent, _____
                  *First, Middle, Last*
    ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____  Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the** *Proof of Service of Summons* **is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**

| Under the Code of Civil Procedure, <u>735 ILCS 5/1-109,</u> making a statement on this form that you know to be false is perjury, a Class 3 Felony. | |
|---|---|

_____

*Signature by:*  ☐ Sheriff
 ☐ Sheriff outside Illinois:

_____
*County and State*
 ☐ Special process server
 ☐ Licensed private detective

**FEES**
Service and Return:  $ _____
Miles _____  $ _____
Total  $ _____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Kane County Circuit Court    THERESA E. BARREIRO    ACCEPTED: 5/21/2025 12:08 PM    By: DH    Env #32780342

## IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

DISCOVERY CHURCH, INC.,                                   2025-LA-000285

    Plaintiff,

    v.                                              CASE NO.:

CHURCH MUTUAL INSURANCE
COMPANY, S.I.

    Defendant.

Clerk of the Circuit Court
Kane County, Illinois

**5/20/2025 11:20 AM**

FILED/IMAGED

### COMPLAINT

PLAINTIFF, DISCOVERY CHURCH, INC. ("PLAINTIFF"), by and through undersigned counsel, and for their Complaint against Defendant, CHURCH MUTUAL INSURANCE COMPANY S.I ("DEFENDANT"), states as follows:

### PARTIES

1.    Plaintiff DISCOVERY CHURCH, INC. ("Plaintiff") is a domestic corporation domiciled in Kane County, Illinois.

2.    Defendant CHURCH MUTUAL INSURANCE COMPANY S.I. ("CHURCH MUTUAL") is an insurance corporation engaged in the business of underwriting and issuing commercial property and casualty insurance policies in the State of Illinois, and authorized to do and doing business in Kane County and the State of Illinois.

### JURISDICTION AND VENUE

3.    This Court has jurisdiction over CHURCH MUTUAL pursuant to Section 2-209 of the Illinois Code of Civil Procedure (735 ILCS § 5/2-209) because, inter alia, CHURCH MUTUAL transacts business, committed the acts alleged, and contracted to insure a property located in Illinois. CHURCH MUTUAL is licensed and authorized by the Illinois Department of Insurance

to conduct insurance business and does in fact conduct insurance business within the State of Illinois, including Kane County.

4.      Venue is proper for this action under Sections 2-101 and 2-102 of the Illinois Code of Civil Procedure (735 ILCS §§ 5/2-101, 5/2-102) because CHURCH MUTUAL conducts business in Kane County, has contracted to insure risks in Kane County, and the insured property at issue is located in Kane County.

## FACTS

5.      At all times relevant hereto, Plaintiff owned property located at 200 Prairie Street., Elgin, Illinois 60121 (the "Property").

6.      CHURCH MUTUAL issued an insurance policy to Plaintiff (bearing policy number 023562125-446100) with effective dates from September 23, 2022, through September 23, 2023 (the "Policy") which covered building, personal property and loss of business income of the property located at 200 Prairie Street., Elgin, Illinois 60121 against direct physical loss of or damage to the Property unless otherwise excluded. *A copy of the Policy attached as Exhibit A.*

7.      Property damage resulting from wind and hail damage is specially included under the terms and conditions of the Policy, and as such is a covered loss.

8.      On or about April 20, 2023, while the Policy was in full force and effect, a severe windstorm and hailstorm occurred at the Property, which resulted in damage to the roof, gutters, HVAC, windows, interior and other components of the Property. The Insurance company gave an extension to file the Complaint to May 20, 2025. *A copy of the letter is attached as Exhibit B.*

9.      In compliance with the Policy, Plaintiff began mitigating the loss as quickly as possible.

10.     On or about May 10, 2023, Plaintiff filed a claim with CHURCH MUTUAL who assigned claim number 000-01-264791.

2

11.     On May 31, 2023, a representative on behalf of CHURCH MUTUAL inspected the Property. The inspection was brief and failed to document the full extent of damage. The damages were estimated to be below the deductible (roughly $470.24) and limited to HVAC hail damage notwithstanding the fact that the storm had damaged the roof, HVAC, metal roofing, gutters, windows, interior and other components of the property.

12.     Plaintiff hired Ripple Public Adjusting on or around December of 2023. Plaintiff's public adjuster submitted an estimate showing that the total cost to repair the Property to its pre-loss condition was $808,272.48.

13.     Upon information and belief, sometime after Ripple Public Adjusting generated its estimate, the Defendant sought to involve an engineer(s) to evaluate the loss.

14.     On or about December 19, 2023, Ripple Public Adjusting requested a certified copy of the insurance policy from the Defendant.

15.     By March 26, 2024, Ripple Public Adjusting and Plaintiff has submitted a sworn proof of loss, disputed Defendant's engineering report(s), and requested for clarification of coverage.

16.     By April 9, 2024, Ripple Public Adjusting had consistently attempted to dispute the Defendant's engineer's findings and noted Defendant's positions in essence denying coverage were in bad faith.

17.     Nonetheless, by June 6, 2024, Defendant's engineering findings led to Defendant acknowledging coil damage to the HVAC system which led to Defendant generating an estimate with replacement cost value ("RCV") of $67,698.69.

18.     By June 22, 2024, Ripple Public Adjusting continued to dispute the assumptions in the Defendant's engineer's report and reiterated their request for an updated estimate.

3

19.     By September 19, 2024, Ripple Public Adjusting had been contacting Defendant to raise concerns about Defendant's engineering reports, to provide an Mki estimate, and inquiring about roof accessories that were damaged. These attempts to contact Defendant were largely ignored.

20.     By January 16, 2025, Ripple Public Adjusting had contacted Defendant regarding the engineering report and Xactimate estimate from Plaintiff's engineering firm Forensic Building Science, Inc. Forensic Building Science, Inc. estimated the proper repair method for the storm damage had a RCV of $929,136.98.

21.     By April 30, 2025, Ripple Public Adjusting had continuously contacted Defendant regarding the findings of Forensic Building Science, Inc. and disputed Defendant's engineering reports.

22.     Ultimately, CHURCH MUTUAL extended coverage for some of the HVAC damage, but refused to pay for all of the storm related damage to the roof, metal roof, gutters, windows, exterior, and other components of the Property.

23.     CHURCH MUTUAL continues to deny responsibility for the full extent of windstorm and hailstorm damage to Plaintiff's Property.

24.     To date, CHURCH MUTUAL has failed to properly investigate and evaluate the claim, and has failed to pay for the damage and necessary repairs as required by their insurance policy.

25.     Plaintiff was forced to retain counsel and litigate due to Defendant's failure to honor the policy and follow Illinois laws regarding proper claims handling as further described above and below.

## COUNT I – BREACH OF CONTRACT

26.     Plaintiff repeats and reallege paragraphs 1 through 25 as though fully inserted herein.

4

27.     The above referenced Policy No. 0235621-25-446100 constituted a valid and enforceable contract between Plaintiff and Defendant and was in effect April 20, 2023.

28.     Plaintiff has fully performed under the contract including but not limited to paying all applicable premiums to Defendant.

29.     Plaintiff has duly performed all post-loss conditions as required by the insurance policy, including giving prompt notice to CHURCH MUTUAL of the hail and windstorm loss and cooperating with CHURCH MUTUAL with its investigation of the claim.

30.     Plaintiff has demanded that CHURCH MUTUAL compensate them for the losses as required by the terms and conditions of the subject policy of insurance.

31.     CHURCH MUTUAL continues to refuse to pay Plaintiff for the full amount of damage, despite the fact the cause of the loss and resulting damage are covered by the terms and conditions of the Policy. Defendant's ongoing failure and refusal to do so constitutes breach of the Policy.

32.     These breaches of the insurance policy were and are the direct and proximate cause of damage to Plaintiff in an amount in excess of $50,000.

33.     This is an action based on a "written instrument" within the meaning of the Illinois Interest Act and, therefore, Plaintiff is entitled to prejudgment interest.

WHEREFORE, Plaintiff, DISCOVERY CHURCH, INC., hereby requests and prays that this Honorable Court find in their favor, and against Defendant, CHURCH MUTUAL INSURANCE COMPANY and award damages in an amount of at least $50,000.00, plus prejudgment and post-judgment interest, and costs and any such additional and further relief as this Court deems just and proper.

**COUNT II – VIOLATION OF SECTION 155 OF THE ILLINOIS INSURANCE CODE**

34.     Plaintiffs repeat, reiterate, and re-allege each allegation contained in preceding paragraphs of the Complaint as if fully set forth in this Count.

35.     At the time of loss, Church Mutual's internal claim handling policies, practices, and procedures included or should have included compliance with Part 919 of the Illinois Administrative Code (50 IL ADC 919) and compliance with Sections 154.5 and 154.6 of the Illinois Insurance Code (215 ILCS §§ 5/154.5 & 5/154.6).

36.     Plaintiffs are entitled to an award under Section 155 of the Illinois Insurance Code (215 ILCS § 5/155) by virtue of Defendant engaging in the following vexatious and unreasonable conduct:

    a.      Knowingly misrepresenting relevant facts or policy provisions;

    b.      Failing to communicate promptly or regularly with Plaintiffs and/or Plaintiffs' Public Adjuster;

    c.      Forcing Plaintiffs to litigate to obtain their benefits;

    d.      Failing to properly investigate or inspect Plaintiffs' damages, and basing its denial on omitted and/or improper grounds;

    e.      Failing to acknowledge with reasonable promptness communications with respect to claims arising under its policies in violation of 215 ILCS 5/154.6(b);

    f.      Failing to adopt and implement reasonable standards for the prompt investigations and settlement of claims arising under its policies in violation of 215 ILCS 5/154.6(c);

    g.      Not attempting in good faith to effectuate prompt, fair and equitable settlement of claims submitted in which liability has become reasonably clear in violation of 215 ICLS 5/154.6(d);

NOTICE
BY ORDER OF THE COURT THIS CASE IS HEREBY SET
FOR CASE MANAGEMENT CONFERENCE BEFORE
Dalton, John G        ON        **please see our website for the court date at https://kanecoportal.co.kane.il.us/portal**
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING
DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED

h.      Compelling policyholders to institute suits to recover amounts due under its policies by offering substantially less than the amounts ultimately recovered in suits brought by them in violation of 215 ILCS 5/154.6(e)

i.      Refusing to pay claims without conducting a reasonable investigation based on all available information in violation of 215 ILCS 5/154.6(h);

j.      Failing to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been completed in violation of 215 ILCS 5/154.6(i);

k.      Failing in the case of the denial of a claim or the offer of a compromise settlement to promptly provide a reasonable and accurate explanation of the basis in the insurance policy or applicable law for such denial or compromise settlement in violation of 215 ILCS 5/154.6(n);

l.      Failing to provide forms necessary to present claims within 15 working days of a request with such explanations as are necessary to use them effectively in violation of 215 ILCS 5/154.6(o);

m.      Engaging in any other acts which are in substance equivalent to any of the foregoing in violation of 215 ILCS 5/154.6(s);

n.      Otherwise violating 215 ILCS 5/155 and all applicable insurance company statutes and regulations of the Illinois Administrative Code.

WHEREFORE, Plaintiff, DISCOVERY CHURCH INC. prays for an award of attorney's fees and other taxable costs and applicable penalties under Section 155 of the Illinois Insurance Code in their favor and against Defendant, CHURCH MUTUAL INSURANCE COMPANY S.I.

## JURY DEMAND

Plaintiff respectfully demand a trial by jury for all issues so triable.

DATE: May 20, 2025

RESPECTFULLY SUBMITTED,

/s/ Ankur Shah

_____

Ankur Shah #6295435
HAIR SHUNNARAH TRIAL
ATTORNEYS
3001 17th Street,
Metairie, LA 70002
(504)684-5200
ashah@hstalaw.com
*Attorney for the Plaintiff*



POLICY NUMBER: 0235621 07-755061          EFFECTIVE: 07/21/2024

DISCOVERY CHURCH INC
200 PRAIRIE ST
ELGIN IL 60120-6534

01-087
YOUR PRODUCER:
JUSTIN BLACHOWSKI
3000 SCHUSTER LN
MERRILL WI 54452



**EHIBIT A**



# POLICY NOTICE
## S.I. Clarification

### ABOUT CHURCH MUTUAL INSURANCE COMPANY, S.I. (a stock insurer)[1]

Effective January 1, 2020, Church Mutual Insurance Company ("Church Mutual") was reorganized under Wisconsin law from a mutual insurance company to a stock insurance company within a mutual holding company structure. As a result of the restructuring, Church Mutual updated its corporate name to Church Mutual Insurance Company, S.I. (a stock insurer) and updated its policies to reflect the impact shifting from a mutual insurer to a stock insurer within a mutual holding company group.

As a policyholder of Church Mutual, your policy will highlight that you are now a member of Church Mutual Holding Company, Inc. (CMHC), and you will be entitled to vote, either in person or by proxy, on each issue that comes before meetings of the members. You will be able to cast only one vote regardless of the number of policies you purchase. Even though Church Mutual will be converted to a stock insurer, there will be no issuance of stock to any individual policyholders. All of Church Mutual's stock will be solely owned by the CMHC.

---

[1] Church Mutual is a stock insurer whose policyholders are members of the parent mutual holding company formed on 1/1/20. S.I. = a stock insurer.

# CHURCH MUTUAL INSURANCE COMPANY, S.I.

*Workers Compensation and Employers Liability*                    *Table of Contents*

## TABLE OF CONTENTS

**NOTICE:  ALL PROVISIONS OF YOUR WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY ARE IMPORTANT.  PLEASE READ THE ENTIRE POLICY CAREFULLY.**

Section I – Important Policy Notices

Section II – Workers' Compensation and Employers Liability Policy

WC 00 00 00 C – Workers Compensation and Employers Liability Insurance Policy
    **General Section**
        A.   The Policy
        B.   Who Is Insured
        C.   Workers Compensation Law
        D.   State
        E.   Locations
    **Part One – Workers Compensation Insurance**
        A.   How This Insurance Applies
        B.   We Will Pay
        C.   We Will Defend
        D.   We Will Also Pay
        E.   Other Insurance
        F.   Payments You Must Make
        G.   Recovery From Others
        H.   Statutory Provisions
    **Part Two – Employers Liability Insurance**
        A.   How This Insurance Applies
        B.   We Will Pay
        C.   Exclusions
        D.   We Will Defend
        E.   We Will Also Pay
        F.   Other Insurance
        G.   Limits of Liability
        H.   Recovery From Others
        I.   Actions Against Us
    **Part Three – Other States Insurance**
        A.   How This Insurance Applies
        B.   Notice
    **Part Four – Your Duties if Injury Occurs**
    **Part Five – Premium**
        A.   Our Manuals
        B.   Classifications
        C.   Remuneration
        D.   Premium Payments
        E.   Final Premium
        F.   Records
        G.   Audit
    **Part Six – Conditions**
        A.   Inspection
        B.   Long Term Policy
        C.   Transfer of Your Rights and Duties
        D.   Cancelation
        E.   Sole Representative

# SECTION I

# IMPORTANT POLICY NOTICES





Balancing the Need for Painkilling Medications and

# The Addictive Properties of Opiates & Opioids

Workers, regretfully, are injured in the workplace every day. They seek medical treatment for their injuries and for their pain.

As your workers' compensation carrier, Church Mutual Insurance Company, S.I. (a stock insurer)[1] is obligated to make payments for the treatment of those injuries, including pain treatment. Opioids, prescribed and administered properly, are an effective treatment for severe pain.

You may know these as opiates, such as morphine; or opioids that are synthetic derivatives, such as Hydrocodone or its various brands OxyContin (Purdue Pharma) or Percocet (Endo Pharmaceuticals); Oxycodone, Codeine, Hydromorphone or Fentanyl to name several.

You may also know that such opioids are addictive and significantly over-prescribed for any number of reasons including illegal and unethical marketing practices. Worse, people dependent on such pain relief medications are more likely to become addicted to another opioid, heroin.

## What is Church Mutual®, as your Workers' Compensation Insurer, doing about the opioid problem?

Working with our Pharmacy Benefits Manager (PBM) partner, we are identifying injured workers who are prescribed opioids and reviewing ongoing treatment plans. Once identified, we are evaluating the appropriateness of prior and ongoing treatment.

* Is the prescriber over-prescribing?

* Are there alternative treatments?

* Are identified alternatives safer?

Individuals who are addicted to prescription opioids are 40 times more likely to become addicted to heroin.[2]

Above all, we are not permitting the automatic refilling of any opioid prescription. Prescriptions may be refilled, but only by the treating physicians' authorization.

Opioids are an effective pain treatment. We will work with you, our policyholders, injured workers and their treating physicians; and our nurse case managers and PBM to limit opioid access to that which is most effective. Opioids should only be used under the care of the treating physician and with the understanding that we are watching the patterns of treatment and prescription.

We seek effective pain treatment while reducing the potential for misuse or abuse of opioids. We seek improved outcomes for our injured workers - your employees - with reduced risk of addiction.

Visit https://www.churchmutual.com/Opioids to learn more.

The information contained in these materials is intended solely to provide general guidance on topics that may be of interest to you. While we have made reasonable efforts to present accurate and reliable information, Church Mutual Insurance Company, S.I. (a stock insurer)[1] and/or its affiliates disclaim all liability for any errors or omissions or for any options you take or fail to take based on these materials. The information provided may not apply to your particular facts or circumstances; therefore, you should seek professional advice prior to relying on any information that may be found in these materials.

[1] Church Mutual® is a stock insurer whose policyholders are members of the parent mutual holding company formed on 1/1/2020. S.I. = a stock insurer.
[2] National Survey on Drug Use and Health (NSDUH), 2011-2013

© 2020 Church Mutual Insurance Company, S.I.

PROTECTING THE GREATER GOOD



CM0085 (07-2020)



0000 000 740 200300 050 0000

# IMPORTANT INFORMATION
# WORKERS' COMPENSATION PREMIUM AUDIT PROCESS

## WHY ARE PREMIUM AUDITS NECESSARY?

Each year your workers' compensation premium is developed with an estimated payroll. The audit process is necessary to determine your final premium by using the actual, not estimated, premium basis. If the payroll at audit is more than what was on the policy, you will be charged for the additional payroll. If the actual payroll is less than what was estimated, you will receive a return or a credit to your account. We will contact you shortly after the policy expires asking you to provide us with the actual payroll you paid your employees.

## WHAT IS INCLUDED IN PAYROLL?

Payroll refers to the yearly gross wages you pay your employees prior to any deductions, such as social security or withholding taxes. Payroll, for workers' compensation purposes, may not be the same as payroll reported for tax purposes.

Examples of items commonly included in payroll are:

- Wages and salaries
- Bonuses
- Vacation, holiday, and sick pay
- Commissions
- Profit sharing
- Salary reduction plans, savings plans, retirement or cafeteria plans
- Substitutes for money which may include goods, board and lodging, meals and the reasonable cash value of any non-cash item used as payment of wages

Examples of items commonly excluded from payroll are:

- Tips not recorded in payroll records
- Severance pay
- Premium overtime – i.e., if double-time is paid, exclude half of the pay for overtime (provided separate records are kept for overtime wages)
- Employer contributions to health insurance or any pensions plans

**PLEASE NOTE: The inclusions and exclusions are subject to state specific rules.**

## THERE ARE TWO TYPES OF AUDITS:

- Voluntary Audit – Typically for policies with less than $10,000 in premium. The voluntary audit request form is sent with instructional information shortly after your policy ends. The form includes a phone number so that you may contact us with any questions you may have. Follow-up requests will be sent every 30 days after the first request is mailed to you. We will send up to three requests. This information allows us to make sure you are paying the correct premium.



# Church Mutual Insurance Company, S.I.
## Privacy Practices Disclosure Notice

### Our Company Policy

We do not disclose any nonpublic personal information about our individual policyholders or claimants to any affiliate or any nonaffiliated third party other than those permitted by law and only for the purpose of transacting the business of your insurance coverage or your claim. We do not sell any customer or policyholder information to mailing list companies or mass marketing companies. We treat our policyholder information as confidential.

Some states have enacted legislation that regulates the use of nonpublic information maintained by financial service institutions and insurance carriers on their customers who are insured with them. In the interest of providing you with an affirmation of our commitment to maintaining the privacy of customer and claimant information, we have prepared the following Privacy Practices Disclosure Notice. Please take time to review the information, as it is relevant to our business partnership with you.

This Privacy Practices Disclosure Notice outlines the privacy practices of Church Mutual Insurance Company, S.I. listed below:

This Privacy Practices Disclosure Notice will notify you of:

1. The categories of nonpublic, personal, identifiable information (not corporate information) that Church Mutual collects from you or from a third party about you or about participants, beneficiaries or claimants under your insurance coverage;

2. How Church Mutual uses the information;

3. The categories of affiliates and nonaffiliate third parties with whom Church Mutual shares the information, as permitted by law; and

4. The kind of security policies and procedures that are in place to protect the confidentiality and security of nonpublic personal information provided to Church Mutual.

If you have questions or concerns regarding this Privacy Practices Disclosure Notice, you should contact Church Mutual by sending an email to ethics@churchmutual.com or by writing to us at:

Sandra M. Wolter
Assistant Vice President - Chief Compliance Officer
Church Mutual Insurance Company, S.I.
3000 Schuster Lane
P.O. Box 357
Merrill, WI 54452-0357

### 1. PERSONALLY IDENTIFIABLE INFORMATION COLLECTED

Church Mutual wants you to conduct business with us knowing that we protect personal information. Church Mutual collects personally identifiable information from you or from third parties about you or about participants, beneficiaries or claimants under your insurance coverage as a part of the insurance application, underwriting, claims, administration and servicing process.

We collect nonpublic personal information from the following sources:

- Information we receive on applications or other forms and which may include policyholder, participant, beneficiary or claimant name, address, telephone number, social security number, household information, vehicle and driver information, date of birth, medical information related to underwriting and claims and insurance coverage information;

FM: GR02_WC (1-2020)



We also are permitted by law to disclose the following information to companies that perform marketing services on our behalf or with whom we have joint marketing agreements, including:

- Information we receive on applications or other forms, such as policyholder or claimant name, address, social security number, insurance coverages, vehicle and driver information and certain claims information;

- Information about transactions with us, our affiliates or others, such as insurance coverages, vehicle and driver information and claims information; and

- Information we receive from third parties, such as a consumer reporting agency, state motor vehicle records or claims history.

We do not sell any customer or policyholder information to mailing list companies or mass marketing companies. We treat our policyholder information as confidential.

## 4. SECURITY POLICIES AND PROCEDURES

We restrict access to nonpublic personal information about you or about participants, beneficiaries and claimants under your insurance policy to those employees who need to know that information to provide products or services to you. We maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your nonpublic personal information.

Church Mutual also uses a wide variety of data protection procedures and computer hardware and software tools to guard system and data privacy and integrity. Church Mutual's computer systems also are protected by additional measures, such as encrypted data transmissions, network routers and firewalls intended to prevent unauthorized access.

## 5. ACCESS AND CORRECT YOUR PERSONAL INFORMATION

You may request access to certain information about you that we have in our records. To request access, please send us a written request. Be sure to reasonably describe the information you want. If you believe that your information is incomplete or inaccurate, you may request that we make changes. Please send any of the requests listed above in writing to:

Chief Compliance Officer
Church Mutual Insurance Company, S.I.
3000 Schuster Lane
P.O. Box 357
Merrill, WI 54452-0357

If you request corrections, additions or deletions, we will either make the changes that you request or notify you why we will not do so. If we decline your request, in some states you may have the right to file a concise statement with us about the dispute.

The rights in this section do not apply in certain cases, such as information related to litigation.

## 6. MODIFICATIONS TO OUR PRIVACY POLICY

We reserve the right to change our privacy practices in the future, which may include sharing nonpublic personal information about you with nonaffiliated third parties. Before we do that, we will provide you with a revised Privacy Practices Disclosure Notice and give you the opportunity to opt out of that type of information sharing.

FM: GR02_WC (1-2020)



# IMPORTANT INFORMATION

## STATE ASSESSMENTS/SURCHARGES
## SUBJECT TO CHANGE

This policy provides coverage in a state subject to workers' compensation assessments/surcharges. At the time of policy issuance, the proper regulatory authority may not have provided notification of the final percentage(s) to be collected for the policy. Therefore, assessments/surcharges are subject to change.

If the final percentage(s) differ from the amount shown on the policy, we will issue an endorsement to apply the updated percentage(s) which will result in a change to the amount collected.



# POLICY NOTICE
## SCHEDULE OF LOCATIONS

Thank you for placing your workers' compensation coverage with us. Please take a few moments to carefully review the Schedule of Locations to ensure that all your employment operations are listed. If any locations are not shown or those shown no longer apply, please contact your representative directly or Church Mutual at 800-554-2642.



## NOTICE TO OUR ILLINOIS POLICYHOLDERS

This notice is to advise you that should any complaints arise regarding this insurance, you may contact the following:

Church Mutual Insurance Company
Complaint Department
3000 Schuster Lane
Merrill, Wisconsin 54452

Public Service Division of the Department of Insurance
320 West Washington Street
Springfield, Illinois 62767





## ILLINOIS NOTICE OF AVAILABILITY OF A
## WORKERS' COMPENSATION MEDICAL DEDUCTIBLE

Illinois Law permits an employer to buy workers' compensation insurance with a deductible. The deductible is for medical benefits only and applies to each accident.

If you are interested in this deductible program, please contact your service representative.





## POLICYHOLDER DISCLOSURE
## ILLINOIS WORKERS' COMPENSATION
## COMMISSION OPERATIONS FUND SURCHARGE

Your policy has been surcharged as a result of the Illinois Workers' Compensation Commission Operations Fund Surcharge effective July 1, 2004. The establishment of this Fund provides that every insurance company, authorized or licensed by the Illinois Insurance Department and insuring employers' liabilities arising under the Workers' Compensation Act or the Workers' Occupational Disease Act, must remit a surcharge equal to 1.01% of the direct written premium for insuring employers' liability under the Workers' Compensation Act or Workers' Occupational Diseases Act.

The portion of your annual premium that is attributable to this surcharge is detailed on your policy information page.



## WORKERS' COMPENSATION POLICY

## IMPORTANT

**Keep your policy in a safe place.**

**Read your policy carefully.**

**If you have a workers' compensation complaint, question, or wish to obtain coverage information,** contact your representative directly or call Church Mutual® at:

Phone: 1-800-554-2642 (Toll-free)

**To file a claim:**
As soon as possible, report your claim to Church Mutual. Prompt claim reporting is important because it helps facilitate proper care of the injured person and ultimately, reduces the dollar cost of the claim. Lower claim costs help keep down the cost of insurance.

If an employee was injured at work and *has not yet* sought medical care, call Church Mutual's Nurse Hotline powered by Medcor® at:

*Phone: (844) 322-4662

If an employee has already sought medical care, please report the claim to Church Mutual by calling:

*Phone: (800) 554-2642

*For injuries in the monopolistic states of ND, OH, WA, and WY, do not call the phone numbers above. Please provide your employees with the claim contact information.

For workers' compensation claims, you may also need to submit a state-specific First Report of Injury notice. These forms are available in the Claims section of www.churchmutual.com and from our workers' compensation claim handlers.

**If an injury is life threatening or fatal, call 911.**



**Church Mutual**
**Insurance Company, S.I.**
3000 Schuster Lane
Merrill, WI 54452
(800) 554-2642
www.churchmutual.com

Nonassessable Policy



# SECTION II

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY



# MUTUAL CONDITIONS

You are notified that by virtue of this policy, you are a member of the Church Mutual Holding Company, Inc. (CMHC) of Merrill, Wisconsin. You are entitled to one vote, either in person or by proxy, on each issue that comes before meetings of the members. You can cast only one vote regardless of the number of policies you purchased. If two or more persons qualify as a member under a single policy, they are considered one member for purposes of voting. The owner of a group policy will have one vote regardless of the number of persons insured under the policy. Fractional voting is not allowed. If you are a minor, your vote may be cast by your parent or legal guardian.

The Annual Meeting of CMHC will be held at CMHC's home office at 3000 Schuster Lane, Merrill, Wisconsin, on a date and time chosen each year by the Board of Directors of CMHC and provided in a notice to all policyholders.

You shall participate in the return of unused premiums (dividends, if any) to the extent and on the conditions determined, fixed and declared by the Board of Directors in accordance with the law.

This policy is nonassessable. You are not subject to any contingent liability, nor to any liability for assessment.

IN WITNESS THEREOF, this company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized agent of this company at the agency shown in the Declarations Page except that this policy does not have to be countersigned if the law in the state where this policy applies does not require countersignature.


_____
President and Chief Executive Officer

_____
Sr. Vice President, Secretary and General Counsel

## Church Mutual Insurance Company, S.I.
### NCCI CARRIER CODE NO. 16853

WC 00 00 01A

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## INFORMATION PAGE

1. The Insured: DISCOVERY CHURCH INC

Policy No. 0235621 07-755061

Renewal of: 0235621 07-579722

Mailing address: 200 PRAIRIE ST
ELGIN, IL 60120-6534

_____ Individual   _____ Partnership

__X__ Corporation or

Federal Employers I.D.# See Schedule

Inter/Intrastate Risk I.D. # _____

Other I.D. # _____

Other workplaces not shown above: See Schedule

Contact _____

Phone Number _____

2. The policy period is from 07/21/2024 12:01 a.m. to 07/21/2025 12:01 a.m. standard time at the insured's mailing address.

3. A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here: IL

B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in item 3.A. The limits of our liability under Part Two are:

Bodily Injury by Accident $ 500,000 each accident
Bodily Injury by Disease $ 500,000 policy limit
Bodily Injury by Disease $ 500,000 each employee

C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
All states except states designated in Item 3.A. of the Information Page and ND, OH, WA, WY.

D. This policy includes these endorsements and schedules: See Schedule

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classification | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| See Item 4. Extension WC 00 00 01A | | | | |

| | | | | |
|---|---|---|---|---|
| | | Total Estimated Annual Premium $ | | 986 |
| Expense Constant $ | 140 | | | |
| Minimum Premium $ | 203 | (IL) 8868 | Taxes and Surcharges $ | 10 |
| | | | Deposit Premium $ | 996 |

See Item 4. Extension WC 00 00 01A for the Taxes and Surcharges for:
IL

Premium Adjustment Period: Annual        Countersigned by: _____

Servicing Office: Church Mutual Insurance Company, S.I.        Date: 05/06/2024

Producer: JUSTIN BLACHOWSKI

Church Mutual Insurance

Copyright 1987 National Council on Compensation Insurance.        Original

| WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY EXTENSION OF INFORMATION PAGE ITEM 4, CONTINUED | | | POLICY NO. 0235621 07-755061 | | | |
|---|---|---|---|---|---|
| | | | PAGE NO. 1 | | |

| CLASSIFICATION OF OPERATIONS | CODE NO. | Estimated Total Annual Remuneration | Rates Per $100 of Remun- eration | Estimated Annual Premiums | |
|---|---|---|---|---|---|
| | | | | Subject to Modification | All Other |
| IL-12 LOC. 1 Employees: 6 SIC: 8661 NAICS: 813110 200 PRAIRIE ST ELGIN, (Kane) IL 60120-6534 | | | | | |
| 001-001 DISCOVERY CHURCH INC FEIN: 20-8189880 | | | | | |
| From 07/21/2024 To 07/21/2025 | | | | | |
| Religious Organization- Professional Employees & Clerical | 8868 | 191,315 | 0.38 | 727 | |
| Employer's Liability (in 000's) Limit: 500/500/500 | 9807 | | 0.011 | 8 | |
| TOTAL UNMODIFIED PREMIUM | | | | 735 | |
| TOTAL MODIFIED PREMIUM | | | | 735 | |
| STANDARD PREMIUM | | | | 735 | |
| Expense Constant | 0900 | | | | 140 |
| Terrorism | 9740 | | 0.0390 | | 75 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | | 0.019 | | 36 |
| Industrial Commission Operations Fund Surcharge: 0.0101000 | 0935 | | | 10.00 | |
| TOTAL ESTIMATED PREMIUM | | | | 986 | |
| TOTAL ASSESSMENTS | | | | 10.00 | |
| TOTAL IL ESTIMATED PREMIUM | | | | 986 | |

WC 00 00 01A



## Item 3.D.    Extension Schedule
### Schedule of Forms and Endorsements

| Form Number: | Edition: | Description: |
|---|---|---|
| WC 00 00 00 C | 1-15 | Workers Compensation and Employers Liability Insurance Policy |
| WC 00 00 01 A | 5-88 | Information Page |
| WC 00 04 14 A | 1-19 | 90- Day Reporting Requirement - Notification of Change in Ownership Endorsement |
| WC 00 04 19 A | 8-22 | Part Five-Premium Amendatory Endorsement |
| WC 00 04 21 F | 8-22 | Catastrophe (Other Than Certified Acts Of Terrorism) Premium Endorsement |
| WC 00 04 22 C | 1-21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 00 04 24 | 1-17 | Audit Noncompliance Charge Endorsement |
| WC 12 03 06 A | 7-11 | Illinois Workers Compensation And Employers Liability Insurance Policy Exclusion Endorsement |
| WC 12 06 01 F | 1-19 | Illinois Amendatory Endorsement |
| WC 12 06 03 | 1-19 | Illinois Renewal Endorsement |
| WC 99 06 49 | 8-19 | Economic and Trade Sanctions Endorsement |
| WC 99 06 50 | 1-20 | Church Mutual Insurance Company, S.I. Amendatory Endorsement |
| WC 99 06 51 | 1-20 | Mutual Conditions |

Insured:       DISCOVERY CHURCH INC
Policy Number: 0235621 07-755061
Effective Date: 07/21/2024

Item 1      Extension Schedule

## Schedule of Named Insureds

NAMED INSUREDS:                                          FEIN #:

DISCOVERY CHURCH INC                                     20-8189880

Insured:        DISCOVERY CHURCH INC
Policy Number: 0235621 07-755061
Effective Date: 07/21/2024



Item 1    Extension Schedule

## Schedule of Locations

```
LOC: 1
200 PRAIRIE ST
ELGIN, IL  60120-6534
Number of Employees:        6
SIC: 8661
NAICS: 813110
```



WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY     WC 00 00 00 C

(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

### A. The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

### B. Who Is Insured

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

### C. Workers Compensation Law

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

### D. State

State means any state of the United States of America, and the District of Columbia.

### E. Locations

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE
## WORKERS COMPENSATION INSURANCE

### A. How This Insurance Applies

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

### B. We Will Pay

We will pay promptly when due the benefits required of you by the workers compensation law.

### C. We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

### D. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

### E. Other Insurance

We will not pay more than our share of benefits and costs covered by this insurance and other

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Case: 1:25-cv-07481 Document #: 1-1 Filed: 07/02/25 Page 37 of 60 PageID #:42
WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C

(Ed. 1-15)



such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 00 00 00 C

(Ed. 1-15)

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE—PREMIUM

### A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D. Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E. Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F. Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY       WC 00 04 14 A

(Ed. 1-19)

## 90-DAY REPORTING REQUIREMENT—NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

You must report any change in ownership to us in writing within 90 days of the date of the change. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity, and other changes provided for in the applicable experience rating plan. Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.

Failure to report any change in ownership, regardless of whether the change is reported within 90 days of such change, may result in revision of the experience rating modification factor used to determine your premium.

This reporting requirement applies regardless of whether an experience rating modification is currently applicable to this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Endorsement Effective Date: 07/21/2024      Policy No. 0235621, 07-755061      Endorsement No.

Policy Effective Date:   07/21/2024 to 07/21/2025      Premium $

Insured: DISCOVERY CHURCH INC

        DBA:

Carrier Name / Code: Church Mutual Insurance Company, S.I.

**WC 00 04 14 A**
**(Ed. 1-19)**

© Copyright 2017 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY WC 00 04 19 A

(Ed. 08-22)

### Part Five—Premium Amendatory Endorsement

This endorsement amends Part Five—Premium of the policy as follows:

Part Five—Premium, Section A. (Our Manuals) is replaced by the following provision:

**A. Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates and loss costs (as applicable), rating plans, forms, endorsements, and classifications, and such manuals are expressly incorporated by reference into, and apply to, this policy and any renewals (our manuals). As used in this policy and any renewals, our manuals means manuals that have been:

1. Developed in any format and filed by the state-designated workers compensation rating or advisory organization on our behalf with the appropriate state insurance regulatory authority; or
2. Developed in any format and filed by the respective state rating bureau on our behalf with the appropriate state insurance regulatory authority; or
3. Developed in any format and filed by us with the appropriate state insurance regulatory authority; and
4. For each or any of the three scenarios above, the manuals also must be approved for use by the appropriate state insurance regulatory authority, or as otherwise authorized by law as applicable.

We may change our manuals and apply the changes to this policy and any renewals if such manual changes are approved for use by the appropriate state insurance regulatory authority, or as otherwise authorized by law as applicable.

Part Five—Premium, Section D. (Premium Payments) is replaced by the following provision:

**D. Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. The due date for audit and retrospective premiums is the due date specified in the billing for the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective Date: 07/21/2024   Policy No. 0235621 07-755061   Endorsement No.

Policy Effective Date: 07/21/2024   to 07/21/2025   Premium $

Insured: DISCOVERY CHURCH INC

DBA:

Carrier Name / Code: Church Mutual Insurance Company, S.I.

WC 00 04 19 A
(Ed. 08-22)                                    Countersigned by _____

© Copyright 2021 National Council on Compensation Insurance, Inc. All Rights Reserved.    Page 1 of 1



**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 00 04 21 F**

**(Ed. 08-22)**

### Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement

This endorsement is notification that we are charging premium to cover the losses that may occur in the event of a Catastrophe (Other Than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism). Coverage for such losses is subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations. This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement attached to this policy.

For purposes of this endorsement, Catastrophe (Other Than Certified Acts of Terrorism) is defined as: A single event or peril resulting in a group of claims with aggregate workers compensation losses in excess of $50 million. This $50 million threshold applies per occurrence, across all states for which claims arise from a single event or peril.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

#### Schedule

| State | Rate | Premium |
|-------|------|---------|

See Schedule

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Endorsement Effective Date: 07/21/2024　　Policy No. 0235621 07-755061　　Endorsement No.

Policy Effective Date: 07/21/2024　to 07/21/2025　　　　　　　Premium $

Insured: DISCOVERY CHURCH INC

　　　DBA:

Carrier Name / Code: Church Mutual Insurance Company, S.I.

**WC 00 04 21 F**
**(Ed. 08-22)**　　　　　　　　　　　Countersigned by

© Copyright 2021 National Council on Compensation Insurance, Inc. All Rights Reserved.　　　**Page 1 of 1**



WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY      WC 00 04 22 C

(Ed. 01-21)

**Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

   a. The act is an act of terrorism.
   b. The act is violent or dangerous to human life, property, or infrastructure.
   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2021, and ending on December 31, 2027, an amount equal to 20% of our direct earned premiums during the immediately preceding calendar year.

© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.



WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY WC 00 04 24

(Ed. 1-17)

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

**Note:**

For coverage under state-approved workers compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

### Schedule

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|---|
| IL | Estimated Annual State Premium | 2.00 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Endorsement Effective Date: 07/21/2024    Policy No. 0235621 07-755061    Endorsement No.

Policy Effective Date:    07/21/2024 to 07/21/2025    Premium $

Insured: DISCOVERY CHURCH INC

DBA:

Carrier Name / Code: Church Mutual Insurance Company, S.I.

WC 00 04 24
(Ed. 01-17)    Countersigned by _____

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
WC 12 03 06 A

(Ed. 07-11)

## ILLINOIS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY EXCLUSION ENDORSEMENT

C.  Change Part Two—C. Exclusions 1. as follows:

This insurance does not cover

1.  liability assumed under a contract, and/or any agreement to waive your right to limit your liability for contribution to the amount of benefits payable under the Workers Compensation Act and the Workers Occupational Disease Act. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Endorsement Effective Date: 07/21/2024    Policy No. 0235621 07-755061    Endorsement No.

Policy Effective Date: 07/21/2024 to 07/21/2025    Premium $

Insured: DISCOVERY CHURCH INC

DBA:

Carrier Name / Code: Church Mutual Insurance Company, S.I.

WC 12 03 06 A
(Ed. 07-11)

Countersigned by _____

© 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

Page 1 of 1



WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 12 06 01 F

(Ed. 1-19)

### ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies because Illinois is shown in Item 3.A. of the Information Page.

Part Two—Employers Liability Insurance, Section B. (We Will Pay), Item 3. of the policy is replaced by the following:

3. For consequential bodily injury to a party to a civil union, spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

Part Five—Premium, Section G. (Audit) of the policy is replaced by the following:

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section A. (Inspection) of the policy is replaced by the following:

### A. Inspection

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes, or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

### D. Cancellation

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.

2. We may cancel this policy. We will mail to each named insured at the last known mailing address advance written notice stating when the cancellation is to take effect. We will maintain proof of mailing of the notice of cancellation. A copy of all such notices shall be sent to the broker or agent of record, if known, at the last known mailing address. The broker or agent of record may opt to accept notification electronically.

3. If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:

   a. At least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;

   b. At least 60 days before the cancellation is to take effect if the policy has been in force for 61 days or more.

4. If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:

   a. Nonpayment of premium;

   b. The policy was issued because of a material misrepresentation;

   c. You violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. The Director has determined that we no longer have adequate reinsurance to meet our needs; or

   f. The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.

5. Our notice of cancellation will state our reasons for cancelling.

6. The policy period will end on the day and hour stated in the cancellation notice.

Part Six—Conditions, Section E. (Sole Representative) of the policy is replaced by the following:

### E. Sole Representative

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, or give us notice of cancellation.

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.

## ILLINOIS RENEWAL ENDORSEMENT

This endorsement applies because Illinois is shown in Item 3.A. of the Information Page.

Part Six—Conditions of the policy is revised by adding the following:

G. Renewal

1. We may elect to renew the policy in accordance with 215 ILCS 5/143.17a.
   a. We will provide the named insured with written notice of our intent to renew if, compared to this current policy, the:
      - Renewal policy premium increases by 30% or more, or
      - Changes in deductibles or coverage materially alter the renewal policy.
   b. We will mail or deliver the written renewal notice:
      - To the named insured at the last known mailing address
      - At least 60 days prior to the renewal or anniversary date of this current policy.
   c. If we fail to provide notice 60 days prior to the renewal or anniversary date, but we do mail or deliver the written renewal notice to the named insured not less than 31 days prior to the renewal or anniversary date of this current policy, then we may extend this policy at the current terms and conditions for the period of time needed to equal the 60 day time period required to provide notice of intention to renew.
   d. All renewal notices will also be sent to the producer, if known, or the producer of record, and to the mortgagee or lien holder listed on the policy. The producer, if known, or the producer of record and the mortgagee or lien holder may opt to accept notification electronically.
   e. If we fail to provide renewal notice as required above, the policy will automatically be extended for one year under the same terms and conditions. We may increase the renewal premium, but such increase must be less than 30% of this policy's premium and notice of such increase must be delivered to the named insured on or before the date of expiration of this current policy. The increase in premium is based on the known exposure as of the date of the quotation compared to the premium as of the last day of coverage for the current year's policy, annualized. The renewal premium may be subsequently amended to reflect any change in exposure or reinsurance costs not considered in the quotation.
   f. If we fail to provide the notice of renewal as required, the policy will still terminate on its expiration date if:
      (1) You notify us or the producer who procured this policy that you do not want the policy renewed; or
      (2) You fail to pay all premiums when due; or
      (3) You obtain other insurance as a replacement of the policy.
   g. Proof of mailing or proof of receipt of the notice of intent to renew to the named insured may be proven by a sworn affidavit by the company as to the usual and customary business practices of mailing notice pursuant to 215 ILCS 5/143.17a or may be proven consistent with Illinois Supreme Court Rule 236.
2. We may elect to conditionally renew the policy in accordance with 215 ILCS 5/462a.
   a. For policies issued, delivered, amended, or renewed on or after January 1, 2019 ("this policy") we will provide the employer with written notice of our intent to conditionally renew if, compared to this policy, the renewal premium is in excess of 5% above the rate recommendation filed with and approved by the Illinois Department of Insurance.
   b. To determine whether the renewal premium is in excess of 5% above the rate recommendation, we will not consider any premium increases generated from the following items:
      - Increased loss costs
      - Increased exposure units
      - The application of an experience rating modification
      - The application of a contracting classification premium adjustment program
      - The application of a large deductible program
      - The application of a retrospective rating plan
      - An audit of auditable coverages

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.



WORKERS' COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 99 06 49

(Ed. 08-19)

## ECONOMIC AND TRADE SANCTIONS ENDORSEMENT

The Office of Foreign Assets Control (OFAC) of the US Department of the Treasury administers and enforces economic and trade sanctions based on US foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States. OFAC acts under Presidential national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze assets under US jurisdiction. Many of the sanctions are based on United Nations and other international mandates, are multilateral in scope, and involve close cooperation with allied governments.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

Copyright, CM Insurance, 2019



# CHURCH MUTUAL INSURANCE COMPANY, S.I.
# AMENDATORY ENDORSEMENT

## THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

### This endorsement is a part of and should be kept with your policy.

Effective January 1, 2020, Church Mutual Insurance Company has reorganized under Wisconsin law from a mutual insurance company to a stock insurance company within a mutual holding company structure. As a result of the restructuring, it is amending your insurance policy in the following ways:

1.  **Name Change**

    All references to Church Mutual Insurance Company are changed to Church Mutual Insurance Company, S.I. wherever occurring in your policy(ies).

    All references to "we", "us", or "our" wherever occurring in your policy(ies) shall mean Church Mutual Insurance Company, S.I.

2.  **Membership Meetings and Voting.** The following language replaces any Membership, Voting, Annual Meeting, and Participation provisions in your policy:

    MEMBERSHIP AND VOTING

    As a member of Church Mutual Holding Company, Inc. (CMHC), you are entitled to one vote, either in person or by proxy, on each issue that comes before meetings of the members. You can cast only one vote regardless of the number of policies you purchased. If two or more persons qualify as a member under a single policy, they are considered one member for purposes of voting. The owner of a group policy will have one vote regardless of the number of persons insured under the policy. Fractional voting is not allowed. If you are a minor, your vote may be cast by your parent or legal guardian.

    ANNUAL MEETINGS

    The Annual Meetings of CMHC are held at CMHC's Home Office at 3000 Schuster Lane, Merrill, Wisconsin, on a date and time chosen each year by the Board of Directors of CMHC and provided in a notice to all policyholders.

3.  **Dividends.** If any dividends are declared, you will share in them according to law and under conditions set by the Board of Directors.

4.  **Additional Terms. Your** purchase of this policy may include noninsurance products or services that we make available to you. These products or services may be provided by an outside organization or by us. We do not warrant the merchantability, fitness, value, or condition of the noninsurance products or services that are not provided by us.

The effective date of this change is January 1, 2020. All other terms and conditions of your policy remain unchanged. Your contract rights under your policy with Church Mutual Insurance Company, S.I. are not affected.

*Richard V. Poirier*
President and Chief Executive Officer

*Wil DMSO*
Sr. Vice President, Secretary and General Counsel

WC 99 06 50
(Ed. 01-20)

Copyright, CM Insurance, 2020

Page 1 of 1



# SECTION III

## POSTING NOTICES

Copyright, CM Insurance, 2022



# WORKERS' COMPENSATION



is a system of benefits provided by law to most workers who have job-related injuries or illnesses. Benefits are paid for injuries that are caused, in whole or in part, by an employee's work. This may include the aggravation of a pre-existing condition, injuries brought on by the repetitive use of a part of the body, heart attacks, or any other physical problem caused by work. Benefits are paid regardless of fault.

## IF YOU HAVE A WORK-RELATED INJURY OR ILLNESS, TAKE THE FOLLOWING STEPS:

1. **GET MEDICAL ASSISTANCE.** By law, your employer must pay for all necessary medical services required to cure or relieve the effects of the injury or illness. Where necessary, the employer must also pay for physical, mental, or vocational rehabilitation, within prescribed limits. The employee may choose two physicians, surgeons, or hospitals. If the employer notifies you that it has an approved Preferred Provider Program for workers' compensation, the PPP counts as one of your two choices of providers.

2. **NOTIFY YOUR EMPLOYER.** You must notify your employer of the accidental injury or illness within 45 days, either orally or in writing. To avoid possible delays, it is recommended the notice also include your name, address, telephone number, Social Security number, and a brief description of the injury or illness.

3. **LEARN YOUR RIGHTS.** Your employer is required by law to report accidents that result in more than three lost work days to the Workers' Compensation Commission. Once the accident is reported, you should receive a handbook that explains the law, benefits, and procedures. If you need a handbook, please call the Commission or go to the Web site.

   If you must lose time from work to recover from the injury or illness, you may be entitled to receive weekly payments and necessary medical care until you are able to return to work that is reasonably available to you.

   It is against the law for an employer to harass, discharge, refuse to rehire or in any way discriminate against an employee for exercising his or her rights under the Workers' Compensation or Occupational Diseases Acts. If you file a fraudulent claim, you may be penalized under the law.

4. **KEEP WITHIN THE TIME LIMITS.** Generally, claims must be filed within three years of the injury or disablement from an occupational disease, or within two years of the last workers' compensation payment, whichever is later. Claims for pneumoconiosis, radiological exposure, asbestosis, or similar diseases have special requirements.

   Injured workers have the right to reopen their case within 30 months after an award is made if the disability increases, but cases that are resolved by a lump-sum settlement contract approved by the Commission cannot be reopened. Only settlements approved by the Commission are binding.

For more information, go to the Illinois Workers' Compensation Commission's Web site or call any office:

| | | | | | | |
|---|---|---|---|---|---|---|
| Toll-free: | 866/352-3033 | Chicago: | 312/814-6611 | Peoria: | 309/671-3019 | Springfield: 217/785-7087 |
| Web site: www.iwcc.il.gov | | Collinsville: | 618/346-3450 | Rockford: | 815/987-7292 | TDD (Deaf): 312/814-2959 |

### BY LAW, EMPLOYERS MUST DISPLAY THIS NOTICE IN A PROMINENT PLACE IN EACH WORKPLACE AND COMPLETE THE INFORMATION BELOW.

| | | | |
|---|---|---|---|
| Party handling workers' compensation claims | Church Mutual Insurance Company | | |
| Business address | 3000 Schuster Lane, P.O. Box 357, Merrill WI 54452 | | |
| Business phone | (800) 554-2642 | | |
| Effective date | | Termination date | |
| Policy number | | Employer's FEIN | |

ICPH 1011   Printed by the authority of the State of Illinois.



# COMPENSACION A LOS TRABAJADORES



es un sistema de beneficios que por ley se provee a la mayoría de trabajadores que se han enfermado o accidentado en el trabajo. Los beneficios son pagados por razones que son causadas en parte o completamente por el trabajo del trabajador. Esto puede incluir el agravante o una condición pre-existente, lesiones causadas por uso repetitivo de una parte del cuerpo, ataques cardíacos, o cualquier otro problema físico causado por el trabajo. Los beneficios son pagados sin importar la causa.

## SI USTED SUFRE DE UNA LESION O ENFERMEDAD RELACIONADA AL TRABAJO, USTED DEBE TOMAR LAS SIGUIENTES MEDIDAS:

1. **OBTENGA AYUDA MEDICA.** Por ley, su empleador debe pagar por todos los servicios médicos necesarios que se requieran para aliviar los síntomas de lesión o enfermedad. Si es necesario, el empleador debe pagar por rehabilitación física, mental o profesional dentro de los límites establecidos. El trabajador puede escoger dos doctores, cirujanos u Hospitales. Si el empleador le notifica que tiene un programa de proveedor preferido (PPP) aprobado para la compensación de trabajadores, el PPP cuenta como una de las dos opciones de proveedores.

2. **NOTIFIQUE A SU EMPLEADOR.** Usted debe notificar a su empleador del accidente o enfermedad dentro de 45 días, ya sea por escrito o verbalmente. Para evitar posibles demoras, es recomendable que la nota incluya su nombre, dirección, número telefónico, número de Seguro Social, y una breve descripción de la lesión o enfermedad.

3. **CONOZCA SUS DERECHOS.** Su empleador por ley debe reportar accidentes que resulten en más de tres días de ausencia al trabajo, a la Comisión de Compensación para Trabajadores. Una vez que el accidente es reportado, usted recibirá un manual que explica la ley, beneficios y procedimientos. Si necesita un manual, por favor llame a la Comisión o visite nuestra red.

   Si usted tiene que faltar al trabajo para recuperarse de la lesión o enfermedad, usted tiene derecho a recibir pagos semanales y atención médica necesaria hasta que esté capacitado para regresar a trabajar y que el trabajo esté de acuerdo a sus capacidades.

   Es contra la ley que el empleador moleste, despida o se niegue a recontratar o de alguna manera discrimine contra un trabajador por ejercitar sus derechos de conformidad con las leyes que rigen el seguro de accidentes de trabajo de enfermedades profesionales. Si usted hace una demanda fraudulenta, podrá ser castigado por la ley.

4. **MANTENGASE DENTRO DEL LIMITE DE TIEMPO.** Usualmente, las quejas deben ser presentadas dentro de los primeros tres años del accidente o incapacidad de una enfermedad profesional, o dentro de dos años del último pago de compensación de trabajo, lo que sea más reciente. Quejas por neumoconiosis, exposición radiológica, asbestos, o enfermedades similares tienen requerimientos especiales.

   Los trabajadores accidentados tienen derecho para volver a abrir su caso dentro de 30 meses después que la Comisión haya otorgado una decisión y la incapacidad haya incrementado, pero en casos resueltos por una suma global aprobada por la Comisión no pueden volver a abrirse. Unicamente las decisiones aprobadas por la Comisión son obligatorias.

Para más información, visite la Red de la Comisión de Compensación para Trabajadores o llame a nuestras oficinas:

| | | | |
|---|---|---|---|
| Toll-free: 866/352-3033 | Chicago: 312/814-6611 | Peoria: 309/671-3019 | Springfield: 217/785-7087 |
| Web site: www.iwcc.il.gov | Collinsville: 618/346-3450 | Rockford: 815/987-7292 | TDD (Sordo): 312/814-2959 |

---

### LOS EMPLEADORES DEBEN EXHIBIR ESTE AVISO EN UN LUGAR VISIBLE PARA TODOS LOS TRABAJADORES Y LLENAR LA INFORMACIÓN REFERENTE A LA COMPAÑIA DE SEGUROS.

| | | | |
|---|---|---|---|
| Nombre: | Church Mutual Insurance Company | | |
| Dirección de la Compañía: | 3000 Schuster Lane, P.O. Box 357, Merrill WI 54452 | | |
| Teléfono de la Compañía: | (800)554-2642 | | |
| Fecha efectiva: | | Fecha de terminación: | |
| Número de Póliza: | | FEIN del Empleador: | |

ICFN 19U3   Impreso por la autoridad del Estado de Illinois.



# SECTION IV

## RISK MANAGEMENT SERVICES INFORMATION



DDDDUBBBBC GGGGGXX-FFF FFF7ZZZ-FFF GGG

## POLICY NOTICE
### WORKPLACE HEALTH AND SAFETY CONSULTATION SERVICES

Church Mutual offers workplace health and safety consultation services at no additional charge. This service, performed by a Risk Control Representative, can help you develop and/or refine your employee safety program. The service includes analysis of workers' compensation loss history, site inspection, and evaluation of potentially hazardous conditions or practices. Safety recommendations will be submitted in writing.

Requests for risk control consultation should be directed to:

> Risk Control Department
> Church Mutual Insurance Company, S.I.
> P.O. Box 357
> Merrill, WI 54452-0357
> Phone: 1-800-554-2642, Extension 5213
> Fax: 715-539-4650
> Email: riskconsulting@churchmutual.com

*When requesting workplace health and safety consultation services from Church Mutual, please include your account number, the name of your facility, the name and title of the contact person, and a telephone number.*

Copyright, CM Insurance, 2020



# SECTION V

# CLAIM INFORMATION

Copyright, CM Insurance, 2022

# IMPORTANT NOTICE REGARDING
# INJURY TO AN EMPLOYEE

Your state requires you, as an employer, to notify us immediately following any work-related injury even if the employee does not seek immediate medical attention.

Prompt claim reporting is important not only because it's the law, but also because it helps facilitate proper care of the injured person and ultimately, reduces the dollar cost of the claim. Lower claim costs help keep down the cost of insurance.

In order to satisfy your obligation under state law, you may be required to complete a form that can be obtained by either of the following methods:

1. Visit the Claims Center at www.churchmutual.com

2. Contact us at (800) 554-2642*

   *Before you call, it is helpful to you have your account/policy number available.

   *For injuries in the monopolistic states of ND, OH, WA, and WY, do not call the phone numbers above. Please provide your employees with the claim contact information.

If your claim requires the completion of additional forms, we will notify you. Forward completed forms to:

> Church Mutual Insurance Company, S.I.
> P.O. Box 342
> Merrill, WI 54452-0342
> Fax: (715) 539-4651
> Email: claimsintake@churchmutual.com

# FAILURE TO REPORT CLAIMS IMMEDIATELY COULD RESULT IN
# STATE-IMPOSED FINES FOR YOUR ORGANIZATION.

# Workers' Compensation Temporary Prescription ID Card


**myMatrixx**
An Express Scripts Company

## To the Injured Worker:

On your first visit, please give this notice to any pharmacy listed on the back side to speed the processing of your approved workers' compensation prescriptions.

Questions or need assistance locating a participating retail network pharmacy? Call the myMatrixx, an Express Scripts Company Customer Care at 877.804.4900.

### Atención Trabajador Lesionado:

En su primera visita, por favor entregue esta notificación a cualquier farmacia enumerada al reverso para acelerar el procesamiento de sus recetas aprobadas de compensación para trabajadores (según las pautas establecidas por su empleador).

Si tiene cualquier duda o necesita ayuda para localizar una farmacia de venta al por menor participante de la red, por favor llame a la Atención a Clientes en myMatrixx, una compañía de Express Scripts, al 877-804-4900.

---

**Express Scripts**

ID#: _____

Your SSN is your temporary ID number; present to the pharmacy as the first prescription is filled. You will receive a new ID number shortly.

Date of Injury: _____/_____/_____
MM/DD/YYYY

Group #: DZSA_____

Employee Date of Birth: _____/_____/_____

---

**Thank you** for using a participating retail network pharmacy. Even though there is no direct cost to you, it's important that we all do our part to help control the rising cost of healthcare.

*Please see other side for a list of participating retail network pharmacies.*

---

## To the Pharmacist:

myMatrixx, an Express Scripts Company administers this workers' compensation prescription program. Please follow the steps below to submit a claim. Standard first fill shall not exceed a 30-day supply or a cost of $750. This form is valid for up to 30 days from date of injury. Limitations may vary. For assistance, call myMatrixx, an Express Scripts Company Customer Care at 877.804.4900.

### Pharmacy Processing Steps

Step 1: Enter BIN number 003858

Step 2: Enter processor control WC

Step 3: Enter the group number as it appears above

Step 4: Enter the injured worker's nine-digit ID number

Step 5: Enter the injured worker's first and last name

Step 6: Enter the injured worker's date of injury

---

## To the Supervisor: Please fill in the information requested for the injured worker.

### Employee Information

| First | MI | | Last |
|---|---|---|---|
| | | | |

| Street Address or PO Box | | |
|---|---|---|
| City | State | ZIP |

**Employer Name**

_____

© 2021 Matrix Healthcare Services, Inc. | An Express Scripts Company. All Rights Reserved. CRP1876.6235 EMBa0692.COA020180

UN 896 (07-21)

RIPPLE PUBLIC ADJUSTING
JOHN NICKETTA
2370 TWIN PINES CIR
GULF SHORES ALABAMA  36542

**Church Mutual Insurance Company, S.I.** (a stock insurer)  |  churchmutual.com  |  800.554.2642
**Mail to Home Office:** P.O. Box 357 Merrill, WI 54452-0357  Fax: 715.539.4650  |  **Mail to Claims:** P.O. Box 342 Merrill, WI 54452-0342  Fax: 715.539.4651
Church Mutual is a stock insurer whose policyholders are members of the parent mutual holding company formed on 01/01/20. S.I. = a stock insurer.
NAIC # 18767; CA Company ID # 2867-0

nr Free Format

000-01-264791

**Church Mutual Insurance Company, S.I.** (a stock insurer) | churchmutual.com | 800.554.2642
**Mail to Home Office:** P.O. Box 357 Merrill, WI 54452-0357  Fax: 715.539.4650 | **Mail to Claims:** P.O. Box 342 Merrill, WI 54452-0342  Fax: 715.539.4651
Church Mutual is a stock insurer whose policyholders are members of the parent mutual holding company formed on 01/01/20. S.I. = a stock insurer.
NAIC # 18767; CA Company ID # 2867-0

000-01-264791



April 3, 2025


RIPPLE PUBLIC ADJUSTING
JOHN NICKETTA
2370 TWIN PINES CIR
GULF SHORES ALABAMA  36542


RE:  **Claim No.**   **000-01-264791**
     Policy No.    0235621-25-446100
     Insured:      DISCOVERY CHURCH INC
                   ELGIN, IL
     Date of Loss: April 20, 2023

Dear Mr. Nicketta:

The Statute of Limitations for the state of Illinois is 2 years from the Date of Loss the claim is filed. The Date of Loss for this claim is 04/20/2023 and therefore the Statute of Limitations is 04/20/2025. However, at this time we are extending this by 30 days to 05/20/2025 in order to complete our investigation into this loss.

Please include the claim number on all correspondence to help assist with the handling of the above claim.

If you have questions regarding this claim, please contact me at (800) 554-2642, and enter Extension 4227.

Sincerely,

*Clay Schubert*

Clay Schubert
Field General Adjuster
cschubert@churchmutual.com

**Church Mutual Insurance Company, S.I. (a stock insurer) | churchmutual.com | 800.554.2642**
**Mail to Home Office:** P.O. Box 357 Merrill, WI 54452-0357  Fax: 715.539.4650 **| Mail to Claims:** P.O. Box 342 Merrill, WI 54452-0342  Fax: 715.539.4651
Church Mutual is a stock insurer whose policyholders are members of the parent mutual holding company formed on 01/01/20. S.I. = a stock insurer.
NAIC # 18767; CA Company ID # 2867-0

nr Free Format                                                                                                              000-01-264791



**Illinois Department of Insurance**
320 West Washington Street
Springfield, Illinois 62767

Church Mutual Insurance Co, S.I.
PO Box 357
Merrill, WI 54452



CERTIFIED MAIL™

9214 7969 0099 9790 1656 5482 81